# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MURRAY C. TURKA, on Behalf of Himself and All Others Similarly Situated, | Case No. 2:19-cv-01102-RMG |
| Plaintiffs, | CLASS ACTION |
| v. | |
| SOUTH CAROLINA PUBLIC SERVICE AUTHORITY and LONNIE N. CARTER, | |
| Defendants, | |

## PLAINTIFF MURRAY C. TURKA'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL

Plaintiff Murray C. Turka ("Turka") hereby moves the Court for entry of an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Turka as Lead Plaintiff in the above-captioned action (the "Action"); (2) approving Turka's selection of The Weiser Law Firm, P.C. (the "Weiser Firm") as Lead Counsel and the Hopkins Law Firm, LLC (the "Hopkins Firm") as Liaison Counsel; and (3) any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Turka believes he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Turka believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, his significant investment in South Carolina Public Service Authority "Mini-Bonds." Further, Turka also satisfies the requirements of Rule 23 of the

Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of James M. Ficaro filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Turka respectfully requests that the Court: (1) appoint Turka as Lead Plaintiff pursuant to the PSLRA; (2) approve Turka's selection of the Weiser Firm and the Hopkins Firm as Lead Counsel and Liaison Counsel, respectively, for the Class; and (3) grant such further relief as the Court may deem just and proper.

| | |
|---|---|
| DATED:  June 14, 2019 | **HOPKINS LAW FIRM, LLC** |
| | /s/ William E. Hopkins |
| | William E. Hopkins (Federal Bar No. 6075)<br>12019 Ocean Highway<br>P.O. Box 1885<br>Pawleys Island, SC 29585<br>Tel: (843) 314-4202<br>bill@hopkinsfirm.com |
| | **THE WEISER LAW FIRM, P.C.**<br>Christopher L. Nelson<br>James M. Ficaro<br>22 Cassatt Avenue<br>Berwyn, PA 19312<br>Telephone: (610) 225-2677<br>Facsimile: (610) 408-8062<br>cln@weiserlawfirm.com<br>jmf@weiserlawfirm.com |
| | *Counsel for Proposed Lead Plaintiff Murray C. Turka* |