**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISON**

| | |
|---|---|
| MURRAY C. TURKA, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>SOUTH CAROLINA PUBLIC SERVICE AUTHORITY and LONNIE N. CARTER,<br><br>                Defendants, | Case No. 2:19-cv-01102-RMG<br><br>CLASS ACTION |

**JOINT CONSENT MOTION FOR ENTRY OF A BRIEFING SCHEDULE**

Plaintiff Murray C. Turka ("Plaintiff") and defendants South Carolina Public Service Authority and Lonnie N. Carter (collectively, "Defendants") hereby jointly move this Court for entry of a briefing schedule and, in support, respectfully show as follows:

1. On July 12, 2019 Defendants filed a motion to dismiss (the "Motion") the above-captioned action (the "Action"). *See* ECF No. 13.

2. Counsel for Plaintiff and Defendants have conferred and agree that entry of a modified briefing schedule establishing the following early deadlines will promote the efficient conduct of the litigation at this stage. Accordingly, Plaintiff and Defendants hereby jointly request that the Court enter an order providing as follows:

    a. Plaintiff shall file his opposition to the Motion on or before August 9, 2019; and

    b. Defendants shall file any reply in support of the Motion by August 26, 2019.

3. Accordingly, Plaintiff and Defendants hereby jointly and respectfully request that the Court enter the [Proposed] Order Granting Briefing Schedule attached hereto as Exhibit A. Respectfully submitted this 18th day of July, 2019.

| | |
|---|---|
| **HOPKINS LAW FIRM, LLC** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| */s/ William E. Hopkins* | */s/ William C. Hubbard* |
| William E. Hopkins (Federal Bar No. 6075)<br>12019 Ocean Highway<br>P.O. Box 1885<br>Pawleys Island, SC 29585<br>Telephone: (843) 314-4202<br>bill@hopkinsfirm.com | William C. Hubbard (Federal Bar No. 1988)<br>Cory E. Manning (Federal Bar No. 9697)<br>A. Mattison Bogan (Federal Bar No. 9826)<br>Carmen Harper Thomas (Federal Bar No. 10170)<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC 29201<br>Telephone: (803) 799-2000<br>william.hubbard@nelsonmullins.com<br>cory.manning@nelsonmullins.com<br>matt.bogan@nelsonmullins.com<br>carmen.thomas@nelsonmullins.com |
| **THE WEISER LAW FIRM, P.C.**<br>Christopher L. Nelson<br>James M. Ficaro<br>22 Cassatt Avenue<br>Berwyn, PA 19312<br>Telephone: (610) 225-2677<br>cln@weiserlawfirm.com<br>jmf@weiserlawfirm.com | Robert L. Lindholm (Admitted *Pro Hac Vice*)(Federal Bar No. 52800)<br>One Wells Fargo Center, 23rd Floor<br>301 South College Street<br>Charlotte, NC 28202<br>Telephone: (704) 417-3000<br>robert.lindholm@nelsonmullins.com |
| *Counsel for Murray C. Turka* | J. Michael Baxley (Federal Bar No. 1248)<br>Senior Vice President and General Counsel<br>South Carolina Public Service Authority<br>Post Office Box 294601<br>Moncks Corner, SC 29461<br>Telephone: (843) 761-7044<br>mike.baxley@santeecooper.com |
| | *Attorneys for Defendants* |