**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISON**

| | |
|---|---|
| MURRAY C. TURKA, on Behalf of Himself and All Others Similarly Situated, | Case No. 2:19-cv-01102-RMG |
| Plaintiffs, | CLASS ACTION |
| v. | |
| SOUTH CAROLINA PUBLIC SERVICE AUTHORITY and LONNIE N. CARTER, | |
| Defendants, | |

**[PROPOSED] ORDER GRANTING BRIEFING SCHEDULE**

On July 18, 2019, the parties to the above-captioned case filed a Joint Consent Motion for Entry of a Briefing Schedule (the "Joint Consent Motion"). Having considered the Joint Consent Motion, and good cause appearing for the rulings issued below, the Court HEREBY ORDERS as follows:

    a. Plaintiff shall file his opposition to Defendants' Motion to Dismiss (ECF No. 13) on or before August 9, 2019; and

    b. Defendants shall file any reply in support of the Motion by August 26, 2019.

SO ORDERED this ___ day of July, 2019.

_____
HON. RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE