### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Murray C. Turka, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>South Carolina Public Service Authority and Lonnie N. Carter,<br><br>Defendants. | C.A. No. 2:19-1102-RMG<br><br><br><br><br><br><br><br>**ORDER** |

This matter comes before the Court on the motion of Plaintiff for his appointment as Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, and the approval of the Weiser Firm as Lead Counsel and the Hopkins Law Firm as Liaison Counsel. (Dkt. No. 9). Plaintiff submitted a memorandum in support of that motion, and proposed Plaintiff's counsel submitted judicial references pursuant to an order of the Court. (Dkt. Nos. 9-1, 11). Having reviewed the Plaintiff's filings and relevant statutory law and consulted with judicial references provided by proposed Plaintiff's counsel, the Court rules as follows:

1. Plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3), hereby appoints Murray C. Turka as Lead Plaintiff; and

2. The Weiser Firm, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), is appointed as Lead Counsel and the Hopkins Law Firm is appointed as Liaison Counsel.

1

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 9, 2019