# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| MURRAY C. TURKA, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CAROLINA PUBLIC SERVICE AUTHORITY and LONNIE N. CARTER,<br><br>Defendants, | Case No. 2:19-cv-01102-RMG<br><br><br>CLASS ACTION<br><br>**AMENDED SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1. <u>Santee Cooper Initial Production of Documents</u>: No later than **10 days after the date of this order,** Santee Cooper will produce non-exempt documents previously produced in response to FOIA requests and non-privileged documents previously produced to the SEC.

2. <u>Santee Cooper Subsequent Production of Documents</u>: No later than by **June 30, 2020**, Santee Cooper will produce non-privileged documents relating to:

   a. Drafting and dissemination of the Official Statements for the 2014, 2015, and 2016 Santee Cooper Mini-Bonds.

   b. Identifying purchasers of the 2014, 2015, and 2016 Santee Cooper Mini-Bonds (identifying information redacted), dates purchased, and amounts purchased; and

   c. Santee Cooper's January 2, 2020 call of the 2014, 2015, and 2016 Santee Cooper Mini-Bonds.

3. Identification of Class Representatives: Without waiving any rights, Plaintiffs agree to identify candidates to serve as potential Class Representatives no later than **September 1, 2020**.

NM DRAFT 5/21/20

4.    <u>Non-Expert Discovery Deadline</u>:    All non-expert discovery on class certification shall be completed no later than **October 30, 2020**.    All discovery requests shall be served in time for the responses thereto to be served by this deadline.  No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

5.    <u>Expert Witnesses</u>:  Parties shall file and serve a document identifying by full name, address, and telephone number each expert whom they rely on in either moving for class certification or opposing class certification and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:

a.  <u>Plaintiff's Expert Disclosures</u>:  **November 30, 2020**.

b.  <u>Defendants' Expert Disclosures</u>:  **January 29, 2021**.

6.    <u>Expert Discovery Deadline</u>:  All expert discovery shall be completed no later than **March 1, 2021**.

7.    <u>Plaintiff's Motion for Class Certification</u>:    Plaintiff's motion for class certification shall be filed no later than **March 31, 2021**.

8.    <u>Defendants' Opposition to Motion for Class Certification</u>:    Defendants' opposition to Plaintiff's motion for class certification shall be filed no later than **May 31, 2021**.

9.    <u>Plaintiff's Reply in Support of Motion for Class Certification</u>:  Plaintiff's reply in support of Plaintiff's motion for class certification shall be filed no later than **June 30, 2021**.

The Parties will submit a proposed scheduling order addressing additional proceedings after this Court issues an order on Plaintiff's motion for class certification.

The Parties' attention is directed to the Special Instructions for Cases Before Judge Richard Mark Gergel, attached hereto and also available on the District Court's website at www.scd.uscourts.gov.

Date: _____                    _____
Charleston, South Carolina                    Richard Mark Gergel
                                                                United States District Judge