# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MURRAY C. TURKA, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CAROLINA PUBLIC SERVICE AUTHORITY and LONNIE N. CARTER, <br><br> Defendants. | Civil Action No. 2:19-cv-01102-RMG <br><br> **THIRD JOINT STATUS REPORT REGARDING MEDIATION** |

Pursuant to the text order entered by the Court on August 18, 2020 (ECF No. 57), the parties submit this Third Joint Status Report Regarding Mediation. The Honorable Retired Chief Justice Jean H. Toal mediated this case on October 21, 2020, in Columbia, South Carolina, and through subsequent negotiations and ongoing mediation with Justice Toal, the parties agreed to a settlement on November 20, 2020. Counsel for the Parties are working on the settlement documents and will be prepared to participate in a status conference at the Court's convenience to plan for the settlement process. Also, given the status of the case as settled pending approval by this Court, the Parties consent to and request that the Amended Scheduling Order (ECF No. 47) be set aside until a settlement schedule is adopted.

*[SIGNATURE PAGE ATTACHED]*

December 4, 2020

<table>
<tr><td>

**HOPKINS LAW FIRM, LLC**

By: */s/William E. Hopkins*
    William E. Hopkins
    Federal Bar No. 6075
    12019 Ocean Highway
    P.O. Box 1885
    Pawleys Island, SC 29585
    Tel.: (843) 314-4202
    bill@hopkinsfirm.com

**THE WEISER LAW FIRM, P.C.**
    Christopher L. Nelson
    James M. Ficaro
    22 Cassatt Avenue
    Berwyn, PA 19312
    Tel.: (610) 225-2677
    cln@weiserlawfirm.com
    jmf@weiserlawfirm.com

*Attorneys for Plaintiff Murray C. Turka and putative class*

**McANGUS, GOUDELOCK & COURIE, L.L.C.**

*/s/Thomas E. Lydon*
Thomas E. Lydon
District Court ID # 1056
Post Office Box 12519, Capitol Station
Columbia, South Carolina 29211-2519
(803) 779-2300
tlydon@mgclaw.com

*Attorneys for Defendant Lonnie N. Carter*

</td><td>

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/Carmen Harper Thomas*
    Carmen Harper Thomas
    Federal Bar No. 10170
    carmen.thomas@nelsonmullins.com
    B. Rush Smith III
    Federal Bar No. 5031
    rush.smith@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC 29201
    (803) 799-2000

    Patrick C. Wooten
    Federal Bar No. 10399
    patrick.wooten@nelsonmullins.com
    151 Meeting Street, 6th Floor
    Charleston, SC 29401
    (843) 534-4102

    Robert L. Lindholm (*Pro Hac Vice*)
    Federal Bar No. 52800
    robert.lindholm@nelsonmullins.com
    One Wells Fargo Center, 23rd Floor
    301 South College Street
    Charlotte, NC 28202
    (704) 417-3000

*Attorneys for Defendant South Carolina Public Service Authority*

</td></tr>
</table>