# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MURRAY C. TURKA, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CAROLINA PUBLIC SERVICE AUTHORITY and LONNIE N. CARTER,<br><br>Defendants. | Civil Action No. 2:19-cv-01102-RMG<br><br>**FOURTH JOINT STATUS REPORT REGARDING SETTLEMENT** |

The Parties hereby submit this Fourth Joint Status Report regarding the settlement process and documents as referenced in the Third Joint Status Report (ECF No. 64). On December 4, 2020, the Parties explained that they anticipated the filing of Plaintiff's Motion for Preliminary Approval within 30 days, which is January 4, 2020. The Parties have been diligently working to prepare the settlement documents and plans for administration, including the notice forms and benefit distribution proposal. Due to the need for information from the mini-bond registrar and the Parties' ongoing efforts on the settlement documents and plans, the Parties need additional time to finalize the settlement documents. The Parties anticipate Plaintiff will finalize the motion for preliminary approval and accompanying settlement documents by January 11, 2021.

*[SIGNATURE PAGE ATTACHED]*

December 31, 2020

| **HOPKINS LAW FIRM, LLC** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| By: /s/ *William E. Hopkins*<br>William E. Hopkins<br>Federal Bar No. 6075<br>12019 Ocean Highway<br>P.O. Box 1885<br>Pawleys Island, SC 29585<br>Tel.: (843) 314-4202<br>bill@hopkinsfirm.com | By: */s/ Carmen Harper Thomas*<br>Carmen Harper Thomas<br>Federal Bar No. 10170<br>carmen.thomas@nelsonmullins.com<br>B. Rush Smith III<br>Federal Bar No. 5031<br>rush.smith@nelsonmullins.com<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC  29201<br>(803) 799-2000 |

**THE WEISER LAW FIRM, P.C.**
Christopher L. Nelson
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Tel.: (610) 225-2677
cln@weiserlawfirm.com
jmf@weiserlawfirm.com

*Attorneys for Plaintiff Murray C. Turka and putative class*

Patrick C. Wooten
Federal Bar No. 10399
patrick.wooten@nelsonmullins.com
151 Meeting Street, 6th Floor
Charleston, SC 29401
(843) 534-4102

Robert L. Lindholm (*Pro Hac Vice*)
Federal Bar No. 52800
robert.lindholm@nelsonmullins.com
One Wells Fargo Center, 23rd Floor
301 South College Street
Charlotte, NC 28202
(704) 417-3000

*Attorneys for Defendant South Carolina Public Service Authority*