# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MURRAY C. TURKA, on Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) SOUTH CAROLINA PUBLIC SERVICE ) AUTHORITY and LONNIE N. CARTER, ) ) Defendants. ) ) ) | Civil Action No. 2:19-cv-1102-RMG |

## ORDER APPROVING PLAN OF DISTRIBUTION

Before the Court is Lead Plaintiff's motion to approve plan of distribution. (Dkt. No. 75.) The motion is granted.

The Court conducted a Final Approval Hearing on May 12, 2021. Having considered all matters submitted to it at the Final Approval Hearing and otherwise, and it appearing that notice of the Final Approval Hearing substantially in the form approved by the Court was mailed to all identifiable Class Members, and having considered and determined the fairness and reasonableness of the Plan of Distribution, IT IS HEREBY ORDERED:

1. This Order incorporates by reference the definitions in the Settlement Agreement and Release dated January 25, 2021 (the "Settlement Agreement") and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Settlement Agreement.

2. The Court has jurisdiction to enter this Order and over the subject matter of the Action and all parties to the Action, including all Class Members.

3. Notice of Lead Plaintiff's motion for approval of the Plan of Distribution was given to all Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for an award of attorneys' fees and expenses satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(a)(7)), due process, and all other applicable law and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4. Over 5,000 copies of the Postcard Notice, which detailed the Plan of Distribution, were mailed to potential Class Members and nominees and no objections to the Plan of Distribution were received.

5. The Court hereby finds and concludes that the Plan of Distribution is, in all respects, fair, and reasonable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Distribution proposed by Lead Plaintiff.

6. The Settlement Administrator is authorized to begin the disbursement of the settlement proceeds.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

**AND IT IS SO ORDERED.**

<u>s/ Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

May 12, 2021
Charleston, South Carolina